Friday, May 22, 2015

No. 15–0370/AR. U.S. v. Christopher A. Bogus. CCA 20130224. Appellee's motion to file a 10–day answer letter out of time denied.

No. 15–0585/AF. U.S. v. James P. Sauk. CCA 38398. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 10, 2015.

No. 15–0586/AF. U.S. v. Brendan M. Henrion. CCA 38456. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 10, 2015.

No. 15–0590/NA. U.S. v. Daniel D. Wilt. CCA 201300274. Appellant's motion to extend time to file the supplement to the petition for grant for review granted to June 11, 2015.

No. 15–0592/MC. U.S. v. Colburn C. Atkinson. CCA 201400284. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 11, 2015.

No. 15–0593/MC. U.S. v. Richard Martinez, Jr. CCA 201400327. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 11, 2015.